UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SHERWIN ALUMINA LLC; dba | § | |
| SHERWIN ALUMINA COMPANY | § | |
| | § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. C-11-88 |
| | § | |
| E-CRANE INTERNATIONAL USA INC. | | |

## ORDER

On this day came on to be considered Plaintiff Sherwin Alumina, LLC d/b/a Sherwin Alumni Company's Motion to Dismiss without Prejudice. (D.E. 8.) Plaintiff's Motion to Dismiss without Prejudice is GRANTED, pursuant to Federal Rule of Civil Procedure 41(a)(2). This action is hereby DISMISSED WITHOUT PREJUDICE.

SIGNED and ORDERED this 31st day of May, 2011.

_____
Janis Graham Jack
United States District Judge